# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0332.  LAKETIA CURRY et al. v. BANK OF AMERICA, N. A.

Bank of America, N. A., filed a dispossessory proceeding against Laketia and Debra Curry in magistrate court. Following an unfavorable ruling, the Currys appealed to the superior court. On January 8, 2019, the superior court entered an order granting summary judgment to Bank of America and providing that the bank was entitled to an immediate writ of possession. The Currys filed a direct appeal to this Court. We dismissed the appeal because the Currys failed to follow the discretionary appeals procedure, as they were required to do under OCGA § 5-6-35 (a) (1). See Case No. A20A1175 (Feb. 4, 2020). On March 6, 2020, the Currys filed this application seeking discretionary review of the superior court's January 8, 2019 order. We lack jurisdiction because the application was not timely filed.

An application for discretionary review generally must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the order was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The Currys' application seeking to appeal the superior court's order in this dispossessory action is untimely, as it was filed approximately 14 months after entry of the order.

Accordingly, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/06/2020 *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*